# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **MERLE DUNN,** § | |
| *Plaintiff*, § | |
| § | |
| **v.** § | **NO. MO:19-CR-00277 DC** |
| § | |
| **ENTERPRISE PRODUCTS** § | |
| **OPERATING, LLC,** § | |
| *Defendant*. § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and based upon the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 47) filed March 2, 2021.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 5th day of March, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE